IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 12-cr-00044-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARRY GIBSON,
   a/k/a "Gin,"

    Defendant.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits under Specified Conditions to the Attorney for the Defendant pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure (Doc. # 22), it is

ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the Defendants in the above-captioned case and in related cases: 12-cr-00045-WYD, 12-cr-00046-REB, 12-cr-00047-MSK, and 12-cr-00048-WJM, for preparation for trial. It is

FURTHER ORDERED that such disclosed copies of the Grand Jury transcripts and materials are subject to the Protective Order previously entered in this case (*see* Doc. # 20), and are to be handled accordingly.

DATED: May __24__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge